141 So. 658

### S. T. THOMPSON v. D. W. TITTLE et al.

#### 6 Div. 933.

Supreme Court of Alabama.
March 10, 1932.

Rehearing Denied May 12, 1932.

Edgar Allen, of Birmingham, for appellant.

Marvin Woodall, of Birmingham, for appellees.

BOULDIN, J.

This cause, by agreement of parties, is to abide the result in the companion case of Gafford v. Tittle et al., ante, p. 605, 141 So. 653, and on the authority of that case this cause is affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.